IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ANDREW GEORGE,               *
      Plaintiff,             *
vs.                          *
                                   CASE NO. 4:17-CV-193 (CDL)
KIA AUTOSPORT OF COLUMBUS,   *
INC.,
                             *
      Defendant.
                             *

O R D E R

Plaintiff, who is proceeding pro se, filed a second motion for extension of time to hire an attorney and respond to Defendant's summary judgment motion. That motion (ECF No. 35) is denied. After the Court permitted Plaintiff's attorney to withdraw from representation due to a conflict, Plaintiff asked for an extension of time to complete discovery and hire a new attorney. The Court granted the extension and ordered that discovery must be complete by October 19, 2018 and dispositive motions are due by November 23, 2018. Text Only Order (July 3, 2018), ECF No. 21. The Court further stated: "No additional extensions will be granted. Plaintiff should therefore promptly secure counsel or be prepared to represent himself in this action." *Id.* Defendant filed a summary judgment motion before the close of discovery, and the Court gave Plaintiff until after

the close of discovery to file his response.  His response is due on November 19, 2018.

Plaintiff filed another motion for an extension of time to hire an attorney and respond to Defendant's summary judgment motion.  Though Plaintiff has not been able to find an attorney in the 120 or so days since the Court granted his last motion for an extension, he asserts that he will be able to find an attorney and respond to the summary judgment motion if he is given an additional 180 days.  The Court meant what it said in July when it stated that no further extensions would be granted and that Plaintiff should promptly secure counsel or be prepared to represent himself in this action.  Plaintiff's present motion for an extension (ECF No. 35) is denied.

IT IS SO ORDERED, this 30th day of October, 2018.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA